# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Dewey Turnbow

                Plaintiff,

v.                                           Case No.: 1:17−cv−01151

                                                     Honorable Robert W. Gettleman

Blue Clear LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: The parties' joint motion [45] for approval of settlement is granted. The Court's order entered 9/12/2017 is vacated. On stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear their own fees and costs. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.